to which an attorney's lien may attach, and that the appellants are in this action wholly remediless.

*Harvey D. Hinman* for appellants.

*F. J. Mangan* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

UNITED STATES TRUST COMPANY OF NEW YORK et al., as Trustees under the Will of HERMAN WRONKOW, Deceased, Appellants and Respondents, *v.* JAMES G. BLAKE, Respondent and Appellant, and MARGARET LUEZ, Respondent.

*Appeal — motion to dismiss appeal unanimously affirming judgment as to one defendant but reversing as to other denied.*

Reported below, 196 App. Div. 289.

(Submitted October 9, 1922; decided October 17, 1922.)

MOTION to dismiss an appeal from a judgment entered May 10, 1921, upon an order of the Appellate Division of the Supreme Court in the first judicial department, unanimously overruling plaintiffs' exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing a dismissal of the complaint as to the defendant, respondent, herein but sustaining the exceptions as to the second cause of action against her codefendant. The defendant, respondent, moved to dismiss the appeal as to her upon the ground that the unanimous affirmance by the Appellate Division as to her was final and that no appeal lay to the Court of Appeals.

*Bertram L. Kraus* for motion.

*George L. Shearer* and *M'Cready Sykes* opposed.

Motion denied, with ten dollars costs.